UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MELENDEZ, | ) Case No. 2:15-cv-08601-FFM |
| Plaintiff, | ) ORDER DISMISSING ACTION |
| v. | ) |
| CARMAX AUTO SUPERSTORES WEST COAST, INC., | ) |
| Defendant. | ) |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

Dated: February 14, 2017     /s/ Frederick F. Mumm
                                                     The Honorable Frederick F. Mumm
                                                      United States Magistrate Judge